# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Crivello v. County of Hawaii | 29502 | 01/06/2011 | Affirmed |
| Cooper v. Miller-Cooper | 28342 | 01/27/2011 | Affirmed |
| Lopresto-Nakamura v. Nakamura | 28798 | 02/03/2011 | Vacated and Remanded |
| Damon, In re Estate of | 28378 | 02/18/2011 | Affirmed |
| Cochrane v. Azman | 29562 | 02/22/2011 | Affirmed |
| State v. Taylor | 28904 | 02/23/2011 | Affirmed |
| Okamura v. Williams | 28814 | 02/24/2011 | Vacated, Remanded and Affirmed |
| Thompson v. Saint Louis School | 28856 | 02/24/2011 | Affirmed |
| Ashley v. Hart | 28207 | 02/25/2011 | Vacated, Remanded and Affirmed |
| State v. Kiese | 29792 | 02/25/2011 | Affirmed |
| Granito v. Granito | 29820 | 02/28/2011 | Remanded and Affirmed |
| State v. Shamblin | 29314, 29315 | 03/09/2011 | Vacated in Part and Affirmed in Part |
| State v. Mika | 29994 | 03/30/2011 | Reversed |
| Kailua Local Cab, Inc. v. AJA Motors Corp. | 28274 | 04/07/2011 | Vacated and Remanded |
| Association of Apartment Owners of Keauhou Kona Surf & Racquet Club, Inc. v. Bowers | 29218 | 04/13/2011 | Vacated, Remanded and Affirmed |
| U.S. Bank Nat. Ass'n v. Salvacion | 30594 | 04/26/2011 | Affirmed and Remanded |
| State v. Ramos | 30218 | 04/27/2011 | Vacated, Remanded and Affirmed |
| State v. Jenkins | 30295 | 04/29/2011 | Affirmed |
| Child Support Enforcement Agency v. PT | 28699 | 06/29/2011 | Vacated and Remanded |
| State v. Baldado | 29623 | 06/30/2011 | Affirmed |
| State v. Delyon | 30365 | 06/30/2011 | Vacated and Remanded |